# **EXHIBIT I**

| | |
|---|---|
| **From:** | Appleby, Bethany |
| **To:** | Keats, Michael; Russell Taber; Sonia Miller-Van Oort; Kanterman, Jason; Joseph K Robinson; cburchette@lewisthomason.com; Stuart A Burkhalter; jhayes@lewisthomason.com; lcollins@painebickers.com; kosborne@painebickers.com; Leon, Norman M. |
| **Cc:** | Joseph Hubbard; John Peterson; Michael Malone; Shundra Crumpton Manning; Martin, Rebecca; jtarpley@lewisthomason.com; Elizabeth M Thomas; Alex Beeby; mking@painebickers.com; Orne, Kyle |
| **Subject:** | RE: Loomis et al. v. Seebohm, et al., No. 3:22-cv-00416 (E.D. Tenn.) |
| **Date:** | Friday, August 30, 2024 7:31:33 PM |
| **Attachments:** | image001.png |

Any subpoena served in the E.D. Tenn. case is a nullity, is ineffective, and violates the Federal Rules of Civil Procedure.

**From:** Keats, Michael <Michael.Keats@friedfrank.com>
**Sent:** Friday, August 30, 2024 8:25 PM
**To:** Russell Taber <RTaber@rjfirm.com>; Sonia Miller-Van Oort <soniamv@sapientialaw.com>; Kanterman, Jason <Jason.Kanterman@friedfrank.com>; Joseph K Robinson <jrobinson@rjfirm.com>; cburchette@lewisthomason.com; Stuart A Burkhalter <SBurkhalter@rjfirm.com>; jhayes@lewisthomason.com; lcollins@painebickers.com; kosborne@painebickers.com; Appleby, Bethany <Bethany.Appleby@us.dlapiper.com>; Leon, Norman M. <Norman.Leon@us.dlapiper.com>
**Cc:** Joseph Hubbard <joseph.hubbard@polsinelli.com>; John Peterson <john.peterson@polsinelli.com>; Michael Malone <MMalone@Polsinelli.com>; Shundra Crumpton Manning <scmanning@polsinelli.com>; Martin, Rebecca <Rebecca.Martin@friedfrank.com>; jtarpley@lewisthomason.com; Elizabeth M Thomas <ethomas@rjfirm.com>; Alex Beeby <alexb@sapientialaw.com>; mking@painebickers.com
**Subject:** RE: Loomis et al. v. Seebohm, et al., No. 3:22-cv-00416 (E.D. Tenn.)

⚠️ EXTERNAL MESSAGE

This case remains stayed, why are you serving subpoenas? Please withdraw it.

**Michael C. Keats**
**Partner**
Michael.Keats@friedfrank.com | Tel: +1 212 859 8914 | Mobile: +1 917 494 8232

**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza, New York, NY 10004
friedfrank.com

**From:** Russell Taber <RTaber@rjfirm.com>
**Date:** Friday, Aug 30, 2024 at 6:25 PM
**To:** Sonia Miller-Van Oort <soniamv@sapientialaw.com>, Kanterman, Jason <Jason.Kanterman@friedfrank.com>, Joseph K Robinson <jrobinson@rjfirm.com>,

cburchette@lewisthomason.com <cburchette@lewisthomason.com>, Stuart A Burkhalter <SBurkhalter@rjfirm.com>, jhayes@lewisthomason.com <jhayes@lewisthomason.com>, lcollins@painebickers.com <lcollins@painebickers.com>, kosborne@painebickers.com <kosborne@painebickers.com>, bethany.appleby@us.dlapiper.com <bethany.appleby@us.dlapiper.com>, norman.leon@us.dlapiper.com <norman.leon@us.dlapiper.com>
**Cc:** Joseph Hubbard <joseph.hubbard@polsinelli.com>, John Peterson <john.peterson@polsinelli.com>, Michael Malone <MMalone@Polsinelli.com>, Shundra Crumpton Manning <scmanning@polsinelli.com>, Keats, Michael <Michael.Keats@friedfrank.com>, Martin, Rebecca <Rebecca.Martin@friedfrank.com>, jtarpley@lewisthomason.com <jtarpley@lewisthomason.com>, Elizabeth M Thomas <ethomas@rjfirm.com>, Alex Beeby <alexb@sapientialaw.com>, mking@painebickers.com <mking@painebickers.com>
**Subject:** Loomis et al. v. Seebohm, et al., No. 3:22-cv-00416 (E.D. Tenn.)

[EXTERNAL]
Sonia,

Please see attached. We are mailing the original with a check to your attention.

Thanks,

Russell

W. Russell Taber III
**RILEY & JACOBSON, PLC**
1906 West End Ave. | Nashville, TN | 37203
(615) 320-3700
rtaber@rjfirm.com

This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.

_____
Confidentiality Notice: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.