# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| WILLIAM ANTHONY, et al., | |
| Plaintiffs, | |
| -vs- | Case No. 3:22-cv-00416 |
| BARRY VAN OVER, et al., | Honorable Charles E. Atchley, Jr. |
| Defendants. | Mag. Judge Jill E. McCook |

**DEFENDANTS PREMIER FRANCHISING GROUP, LLC D/B/A
PREMIER MARTIAL ARTS AND MYLES BAKER'S
MOTION FOR PROTECTIVE ORDER AND TO QUASH SUBPOENA**

Pursuant to Federal Rules of Civil Procedure 26 and 45 Defendants Premier Franchising Group, LLC d/b/a Premier Martial Arts ("PFG") and Myles Baker (collectively, the "PMA Defendants") move for a protective order quashing the deposition subpoena issued by Plaintiffs to non-party Pete Gilfillan (the "Subpoena"). Pursuant to LR37.2, a copy of the Subpoena is attached hereto as **Exhibit "A"**.

On September 27, 2023, the Court granted the PMA Defendants' (and other Defendants') motion to compel arbitration of Plaintiffs' claims, staying this action pending the conclusion of arbitration and administratively closing this case. (Doc. 176.) On July 15, 2024, the Arbitrator in one arbitration—the one filed by Plaintiffs Glenn Loomis, Kowsilliya Loomis, and their company, Plaintiff Rainy Day Ventures, LLC (collectively, the "Loomis Plaintiffs")—issued a ruling holding that while virtually all the Loomis Plaintiffs' claims were arbitrable, a small subset of secondary claims relating to the parties' separate Area Development Agreement were not. (*See* Doc. 214-1.) To date, no other Plaintiffs have had any claims sent back to Court. This case remains administratively closed and has not yet been reopened. Further, the parties have not yet participated

in a Rule 26(f) Conference, as required before a party can seek any discovery. Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . .").

Nonetheless, immediately upon return of a portion of the Loomis Plaintiffs' claims, Plaintiffs attempted to engage in wide-ranging discovery in this action, resulting in the PMA Defendants filing a motion to stay (the "Motion to Stay") the Loomis Plaintiffs' non-arbitrable claims pending arbitration of their arbitrable claims on August 12, 2024, which is now fully briefed and pending the Court's ruling. (Doc. 229.) Yet, Plaintiffs have continued to improperly attempt to pursue discovery in this action, including by issuing the Subpoena on August 30, 2024, seeking to take Mr. Gilfillan's deposition on October 18, 2024.

Because no Rule 26(f) conference has been held, this case remains administratively closed, and for the reasons stated in the Motion to Stay, the Subpoena is improper and should be quashed. The Subpoena, if not quashed, could require Mr. Gilfillan to appear and testify at deposition on October 18, 2024, in support of Plaintiffs' claims against the PMA Defendants in this litigation. The PMA Defendants would thus need to prepare for and attend that deposition to protect their rights and defenses in this litigation even though a stay is warranted as explained in the pending Motion to Stay. Permitting Mr. Gilfillan's deposition to proceed would therefore force the PMA Defendants to participate in discovery in this litigation, in violation of their right to arbitration, given the intertwined nature of the non-arbitrable claims at issue here. (*See* Doc. 230 at 4-6.)

Respectfully submitted this 12th day of September, 2024.

*s/ Janet Strevel Hayes*
Janet S. Hayes, BPR #: 018028
Lewis Thomason, P.C.
900 S. Gay Street, Suite 300
Post Office Box 2425
Knoxville, TN 37901

865-546-4646 Fax: 865-523-6529  
Email:jhayes@lewisthomason.com

John R Tarpley, BPR #: 9661  
Lewis, Thomason, King, Krieg & Waldrop, P.C. (Nashville)  
424 Church Street Suite 2500 Po Box 198615  
Nashville, TN 37219-8615  
615-259-1366 Fax: 615-259-1395  
Email:jtarpley@lewisthomason.com

Norman M. Leon (*pro hac vice*)  
DLA Piper (US) LLP  
444 West Lake Street Suite 900  
Chicago, IL 60606-0089  
312-368-2192 Fax: 312-630-6322  
Email:norman.leon@dlapiper.com

Bethany L Appleby (*pro hac vice*)  
DLA Piper LLP (US)  
33 Arch Street Ste 26th Floor  
Boston, MA 02110-1447  
617-406-6048 Fax: 617-406-6148  
Email:bethany.appleby@us.dlapiper.com

*Attorneys for Defendants*  
*Premier Franchising Group, LLC d/b/a*  
*Premier Martial Arts and Myles Baker*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ Janet Strevel Hayes*  
Janet Strevel Hayes