IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM ANTHONY, et al.,** | Case No. 1:24-cv-10421 |
| Plaintiffs, | (Arising out of an action pending in the Eastern District of Tennessee, Case No. 3:22-cv-00416) |
| v. | |
| **BARRY VAN OVER, et al.,** | |
| Defendants. | |

### DECLARATION OF PETER GILFILLAN

I, Peter Gilfillan, declare in accordance with 28 U.S.C. § 1746, as follows:

1. I have knowledge of the facts stated below.

2. I am a resident of Naperville, Illinois, which is also where my business is located.

3. I am a franchise consultant for FranChoice, Inc., a Minnesota-based company.

4. Plaintiffs in a federal action in Tennessee mailed a subpoena to my home address via certified mail, which was left in my mailbox on or about July 29, 2024. I was not required to sign for it, and it did not include any witness fee.

5. I am not a defendant in the Tennessee federal action.

6. The Amended Complaint references my name in relation to my interactions with the Loomises Plaintiffs to whom I was an independent franchise consultant unaffiliated with any of the named Defendants.

7. I am not an employee of any of the Defendants identified in this matter and have never been one. I am also not a party to any of the Franchise Agreements or Area Development Agreements referenced in the Amended Complaint or the Orders issued in the underlying Tennessee matter.

8. I am now the Respondent in Discovery in this action.

9. I retained the counsel of Sonia Miller-Van Oort of Sapientia Law Group, PLLC ("Sapientia"), in Minneapolis, Minnesota to advise me regarding the subpoena.

10. Given the deficiencies with the subpoena, I authorized my Sapientia counsel to accept service of the reissued subpoena and to represent me with regard to objections to the subpoena.

11. As a result of the subpoena and my efforts to quash it, I am incurring legal expense with counsel, Sapientia Law Group, and with the local counsel retained to protect my rights in Illinois.

12. I provide this declaration in support of my motion to quash.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 15, 2024         s/ Pete Gilfillan
                                Sonia Miller-Van Oort